PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| vs.  ) | **Docket Number:  2:03CR00417-01** |
| ) | |
| **GREGORY FERLAND**  ) | |
| ) | |

On June 18, 2004, the above-named was placed on supervised release for a period of 3 years, which commenced on March 24, 2006.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Matthew M. Faubert
**MATTHEW M. FAUBERT
United States Probation Officer**

Dated:   November 13, 2007
            Sacramento, California
            MMF/cp

**REVIEWED BY:**    /s/Kyriaco M. Simonidis
            **KYRIACOS M. SIMONIDIS
            Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Gregory FERLAND**
**     Docket Number:   2:03CR00417-01**
**     ORDER TERMINATING SUPERVISED RELEASE**
**     <u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Dated:  November 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge


Attachment:   Recommendation
cc:     United States Attorney's Office